# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CAMSOFT DATA SYSTEMS, INC.

VERSUS

SOUTHERN ELECTRONICS SUPPLY,
INC. AND ACTIVE SOLUTIONS,
LLC

NO.   2021 CW 1459

**FEBRUARY 25, 2022**

---

In Re:    MMR Group, Inc., MMR Offshore Services, Inc. and MMR Constructors, Inc. d/b/a MMR Communications, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 582741.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6) & (10). Relators, MMR Group, Inc., MMR Offshore Services, Inc. and MMR Constructors, Inc. d/b/a MMR Communications, failed to include a signed copy of the judgment or ruling complained of or a copy of the pertinent court minutes.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the October 25, 2021 transcript and the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before March 28, 2022, and must contain a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT